LAW OFFICE OF MITCHELL STIPP
MITCHELL STIPP, ESQ.
Nevada Bar No. 7531
10161 Park Run Drive
Suite 150
Las Vegas, Nevada 89145
Telephone:  725.999.2008
Facsimile:   866.220.5332
mstipp@stipplaw.com
*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMY STIPP, an individual, and as the mother of MITCHELL STIPP, JR., a minor child, <br><br> Plaintiffs, <br><br> *vs.* <br><br> DR. JULIE F. BEASLEY, an individual, and JULIE F. BEASLEY, PH.D., INC., a Nevada corporation, <br><br> Defendants. | Case No. 2:16-CV-00395 <br><br><br> **STIPULATION TO EXTEND DEADLINE FOR FILING OF DISCOVERY PLAN** <br><br> **(First Request)** |

Plaintiff, Amy Stipp, an individual, and as mother of Mitchell Stipp, Jr., her minor child ("Plaintiff"), by and through their attorney, Mitchell D. Stipp, Esq., of the LAW OFFICE OF MITCHELL STIPP, and Dr. Julie F. Beasley, an individual, and Julie F. Beasley, Ph.D., Inc., a Nevada corporation ("Defendant"), by and through their attorney, Kathryn L. Butler, Esq., of LEWIS BRISBOIS BISGAARD & SMITH LLP, agree and stipulate as follows:

1. Defendant filed a Motion to Dismiss on March 28, 2016 (Dkt. No. 5).

2. Plaintiff filed an Opposition to Defendant's Motion to Dismiss on April 14, 2016 (Dkt. No. 6).

Page 1 of 3

3. Defendant filed a Reply to Plaintiff's Opposition to Motion to Dismiss on April 25, 2016 (Dkt. No. 8).

4. Plaintiff filed a Motion to Strike Defendant's Reply to Opposition to Motion to Dismiss on April 26, 2016 (Dkt. No. 9). Defendants' Opposition to Plaintiff's Motion to Strike is due on or before May 13, 2016.

5. The court filed a Transfer Order on April 27, 2016 (Dkt. No. 10). This order transferred case entitled, "Amy Stipp v. Cole et al.," Case No. 2:16-cv-00396 ("Stipp v. Cole"), to Judge Gloria Navarro ("Judge Navarro") from Judge Jennifer Dorsey.

6. Judge Navarro filed a Minute Order on April 28, 2016 requesting briefing by parties to show cause as to why this case should not be consolidated with Stipp v. Cole. The briefing on the issue of consolidation is due on or before May 19, 2016.

7. The Discovery Plan in this case is due on May 12, 2016.

8. The parties desire to have the motion to dismiss and issue of consolidation resolved before filing a Discovery Plan. Therefore, the parties agree to extend the time for the filing of a Discovery Plan to a new date as determined by the court.

Dated this 12th day of May, 2016

| LAW OFFICE OF MITCHELL STIPP | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| */s/ Mitchell Stipp* | */s/ Kathryn L. Butler* |
| Mitchell Stipp, Esq.<br>Nevada Bar No. 7531<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>*Counsel for Plaintiffs* | S. Brent Vogel, Esq.<br>Nevada Bar No. 6858<br>Kathryn L. Butler, Esq.<br>Nevada Bar No. 9464<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, Nevada 89118<br>*Counsel for Defendants* |

## ORDER

Based upon the Stipulation of the parties, and good cause appearing therefor, the deadline for the parties to file a discovery plan in this matter shall be extended to the 16th day of August, 2016.

**IT IS SO ORDERED** this 13th day of May, 2016.

_____
U.S. MAGISTRATE JUDGE