# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AMY STIPP, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:16-cv-00395-GMN-VCF |
| vs. ) | |
| ) | **ORDER** |
| JULIE F. BEASLEY, PH.D, Inc., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

On February 17, 2017, the Court granted Defendants' Motion to Dismiss Plaintiff's Complaint without prejudice. (ECF No. 18). Pursuant to the Court's Order, Plaintiff had twenty-one days from the date of dismissal to file an amended complaint. (*Id.*). On March 15, 2017, Plaintiff filed a Notice of Appeal, (ECF No. 20), which was dismissed on July 13, 2017 pursuant to a stipulation between the parties, (ECF No. 22). To date, Plaintiff has not filed an amended complaint, nor has Plaintiff moved the Court for an extension of time to do so.

Accordingly,

**IT IS HEREBY ORDERED** that the action is dismissed with prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court is instructed to close this case.

**DATED** this __7__ day of December, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court